# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

Health Facilities Rehab Services, Inc. )
                                         Plaintiff(s), )
    vs. )   Case No. 4:18cv00086 UNA
Downey, et al. )
                                         Defendant(s). )

## ORDER

The above styled and numbered case was filed on January 19, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:18cv00008.

**IT IS FURTHER ORDERED** that cause number 4:18cv00086 UNA be administratively closed.

                                                                             GREGORY J. LINHARES
                                                                             CLERK OF COURT

Dated: 1/19/2018                                                     By: /s/ Katie Spurgeon
                                                                                     Operations Manager

**In all future documents filed with the Court, please use the following case number 1:18cv00008 SNLJ.**